UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELVIN HERNANDEZ-MENDOZA,

                Petitioner,

    v.

MERRICK B. GARLAND, et al.,

                Respondents.

Case No. C21-1419-RSL-MLP

REPORT AND RECOMMENDATION

        Petitioner Kelvin Hernandez-Mendoza, who is currently detained by U.S. Immigration and Customs Enforcement at the Northwest ICE Processing Center in Tacoma, Washington, has filed an application to proceed *in forma pauperis* ("IFP") and a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner's IFP application and his trust account statement show that he has over $500.00 in his account. (Dkt. ## 5, 5-5.)

        While the Court recognizes that Petitioner's funds may not be great, it is not unreasonable to expect Petitioner to pay the minimal filing fee required to proceed with this action ($5.00) given the fact that his basic needs are provided for while he is detained. Accordingly, the Court recommends that Petitioner's application to proceed IFP (dkt. # 5) be

REPORT AND RECOMMENDATION - 1

1   DENIED, and that he be directed to pay the $5.00 filing fee to proceed with this action. A
2   proposed Order accompanies this Report and Recommendation.
3        Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4   served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
5   and Recommendation is signed. Failure to file objections within the specified time may affect
6   your right to appeal. Objections should be noted for consideration on the District Judge's
7   motions calendar for the third Friday after they are filed. Responses to objections may be filed
8   within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter
9   will be ready for consideration by the District Judge on **November 26, 2021**.
10       The Clerk is directed to send copies of this Report and Recommendation to Petitioner and
11  to the Honorable Robert S. Lasnik.
12       Dated this 3rd day of November, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2