UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELVIN HERNANDEZ-MENDOZA,

　　　　Petitioner,

　　vs.

MERRICK B. GARLAND, et al.,

　　　　Respondent.

NO. C21-1419RSL

ORDER DENYING REPORT AND RECOMMENDATION AS MOOT AND ORDER OF REFERENCE

　　On November 3, 2021, Magistrate Judge Michelle L. Peterson issued a Report and Recommendation directing petitioner to pay the $5.00 filing fee in order to proceed with this action. The filing fee in this matter was paid on November 22, 2021, therefore the Report and Recommendation is DENIED, as moot.

　　IT IS ORDERED that this matter is referred to United States Magistrate Judge Michelle L. Peterson, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

　　DATED this 12th day of January, 2022.

　　　　　　　　　　　　*MMrS Lasnik*
　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　United States District Judge

ORDER DENYING REPORT AND RECOMMENDATION AS MOOT AND ORDER OF REFERENCE-1