UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELVIN HERNANDEZ-MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>Respondents. | Case No. C21-1419-RSL<br><br>ORDER DISMISSING HABEAS PETITION AS MOOT |

This matter comes before the Court on petitioner Kelvin Hernandez-Mendoza's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. # 7).

When Hernandez-Mendoza filed his petition, he was in Immigration and Customs Enforcement (ICE) custody at the Northwest Detention Center. *See* Dkts. # 7, # 12. Hernandez-Mendoza sought either a new bond hearing or release from ICE custody. *See* Dkt. # 7. On May 9, 2022, the Ninth Circuit issued a mandate that lifted a stay of removal previously granted to Hernandez-Mendoza. *See* Dkt. # 16. On or about June 10, 2022, Hernandez-Mendoza was deported. *See Id*. The Court did not receive notice of his deportation until August 8, 2022. *Id.*

Because Hernandez-Mendoza has been deported, the grievance he stated in his petition can no longer be remedied. *See Abdala v. INS*, 488 F.3d 1061, 1062 (9th Cir. 2007) (holding that where petitioner's claims under § 2241 "challenged only the length of his detention, as distinguished from the lawfulness of the deportation order, his grievance could no longer be remedied once he was deported" and "[h]is petition was thus rendered moot"). Hernandez-Mendoza's petition is therefore moot.

ORDER DISMISSING HABEAS
PETITION AS MOOT - 1

For all of the foregoing reasons, Hernandez-Mendoza's Petition for Writ of Habeas Corpus (Dkt. # 7) is DISMISSED as moot. The Clerk of Court is directed to send copies of this Order to the parties and to Judge Michelle L. Peterson. The Clerk of Court is directed to enter judgment for respondents and against petitioner.

IT IS SO ORDERED.

DATED this 11th day of August, 2022.

Robert S. Lasnik
United States District Judge

ORDER DISMISSING HABEAS
PETITION AS MOOT - 2